Rene A. Sotorrio (FL Bar No 226734)
Law Offices of Rene A. Sotorrio, P.A.
1 SE 3rd Avenue, Suite 2600
Miami, FL 33131
305-527-6787
rene@sotorriolaw.com

Michael L. Crowley (117008)
The Crowley Law Group
The Chamber Building
110 West C. Street, Suite 312
San Diego, CA 92191
619-238-5700

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STAES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAN LEMUS-LARA,<br><br>    Defendant | Case No.: 18-CR-0390-DMS<br><br>SENTENCING SUMMARY CHART<br><br>SENTENCING DATE: AUGUST 26, 2020<br>TIME: 9:00 AM<br>PLACE: COURTROOM OF THE HONORABLE DANA M. SABRAW |

**SENTENCING SUMMARY CHART**

USPO ___
AUSA ___
DEF <u>XX</u>

Defendant's Name: WILLIAN ESTUARDO LEMUS LARA

Docket No. 3:18-CR-0390

Guideline Manual Used: November 1, 2021     Agree with USPO Calculations:
USSG § 2D1.1(c)(1), 5,037 kgs. Of

Base Offense Level:   (Drug Quantity, if Applicable:  ___Cocaine_____ )        <u>38</u>

Specific Offense Characteristics:  USSG § 2D1.1(b)(18)                              <u> 0</u>

1

| | |
|---|---:|
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | +4 |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level: | 42 |

☐ Combined (Multiple Counts) ☐ Career Offender ☐ Armed Career Criminal

| | |
|---|---:|
| Adjustment for Acceptance of Responsibility: | -3 |
| Total Offense Level: | 39 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |

☐ Career Offender ☐ Armed Career Criminal

Guideline Range:   from   262

(Range limited by: ☐ minimum mandatory ☐ stat maximum)   to   327 mths

Departures:

None   _____

Resulting Guideline Range:   from   _____

to   _____ mths

This 18th day of August, 2022

/s/ *Rene A. Sotorrio*
**Rene A. Sotorrio**
Attorney for Defendant Willian Lemus Lara

/s/ *Michael L. Crowley*
Michael L. Crowley
Attorney for Defendant Willian Lemus Lara