The Honorable Judge Dana M. Sabra

U.S. District Judge

U.S. District Court - Southern District of California


I William Estuardo Lemus Alvarado, am 17 years old, soon to tun 18 and the oldest son of my dear father Willian Lemus Lara, whom I love and miss very much with all my heart . He has been an excellent father, always watching over me and my care and studies and in particular when I was gravely ill when I was 6 months old.

I miss his presence in every one of my school activities, which he would always attend, I missed him when I received my diploma and more so this year when he cannot attend my graduation of my Associate in Science, but he will be with me in spirt and I will dedicate this achievement very proudly to you.

I have suffered much since you are not here, I have had a difficult adolescence without you Dad.

I pray to God that soon you will be with me, I want to give you a big hug and tell you that I love you.

I need to have you soon with me.

To recover the lost time, every birthday, every Christmas, every New Year, my vacations.

Respectfully  and waiting on God and you your Honor for a favorable solution for my father.


His son,

/s/ Willian Lemus Alvarado

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE US DISTRICT
COURT-SOUTHERN DISTRICT de California

Por medio de la presente, le deseo toda
clase de exitos y bendiciones en sus labores
cotidianas y familiares.

Yo: William Estuardo Lemus Alvarado,
hijo mayor de 17 años de edad próximo a
cumplir 18 años de mi querido padre William
Estuardo Lemus Lara, el cual quiero muchisi-
mo y extraño con todo mi corazón ya que el
ha sido un excelente padre, para mi, siempre
pendiente de mis cuidados, estudios y enfermeda
des graves que tuve que atravesar desde mi corta
edad de 6 meses.

Extrañando su presencia en cada una de mis
actividades escolares el cual el de una forma
responsable siempre asistio extrañandolo mucho
cuando recibi mi diploma de tercero basico, y este
fin de año aun mas ya que no podra estar en
mi graduación de Bachiller en Ciencias y Letras
pero estarás espiritualmente conmigo papa y este
exito te lo dedico con mucho orgullo a ti.

He sufrido mucho desde que no estas, mi adolegencia
ha sido dificil sin ti papa.

Pero espero en Dios, y oro a Dios que pronto estaras
conmigo, deseo abrazarte fuerte muy fuerte y decir-
te te amo papá.

Necesito tenerte pronto conmigo.

Recuperar el tiempo perdido, cada cumpleaños,
cada navidad, cada año nuevo, en mis vacaciones
Respetuosamente y esperando en Dios y en usted señor
Juez una Solucion favorable para mi papa.

Tu hijo

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District de California

With all respect I address you with cordial greetings and blessings.

My name is Marlene del Carmen Alvarado, I am a secretary and I have known William Lemus Lara, the father of my son for 26 years.  I met him when I was a secretary at a bank in the city.

William was always honest, law abiding, hardworking and honorable working with small trucks carrying oranges, corn, and coffee to different businesses.  Always providing jobs to others

I Know his family, his parents and siblings well as a family of Cristian principles and hard workers.

I am sorry for what he is going through, unfortunately not only was he approached by people wanting to help him there were others that wanted to harm him, committing acts against the law and paying the consequences for his mistakes.

He is an extraordinary and loving father, provider of all the needs of his 2 children.

I am aware that only God and Your Honor  can consider his case and we beg that you consider the length of his sentence for the love of his 2 children who need him.

Kind regards,

/s/ Marlene del Carmen Alvarado



The Honorable Judge Dana M
Saba
UNITED STATES DISTRIC JUDGE
US DISTRIC COURT-Southern
District of California

Con todo respeto me dirijo a usted con un
saludo cordial y bendiciones del Creador.
Yo: Marleny del Carmen Alvarado, Secretaria
y oficinista, tengo 26 años de conocer al
padre de mi hijo: Willian Estuardo Lemus
Lara, Lo conocí cuando yo me desempeñaba como
Secretaria en un Banco de la Ciudad.
Willian siempre fue honesto, observante de
la ley, trabajador, honrado, trabajando con peque-
ños camiones de carga con viajes de naranjas,
maicillo, blocks, arena y café a diferentes
empresas; Siendo también proveedor de
fuentes de trabajo a otras personas.
Conociendo muy bien a su familia, sus padres,
hermanos, cuñadas, familia de principios cristianos
y muy trabajadores.
Lamento mucho por lo que está atravezando,
lastimosamente no solo se le acerco gente para
ayudarlo, también gente para perjudicarlo, co-
metiendo actos en contra de la ley, pagando
las consequencias de sus errores.
Un padre extraordinario, amoroso tierno
proveedor de todas las necesidades de sus
2 hijos.
Soy conciente que solo Dios y usted señor
juez puede considerar su caso, le suplicamos
con mucho respeto considere el tiempo de su
condena por amor a sus hijitos, que tanto lo
necesitan.

Atentamente.

Marleny del C. Alvarado.

**The Honorable Judge** Dana M. Sabra
**UNITED STATES DISTRICT JUDGE**
**US District Court-Southern District of California**

My name is Edwin Carlos Humberto De León Lémus, I am an Industrial Engineer, I have known William for 36 years all my life.

My relationship with William is familiar I am his nephew and I can say that he is a person who possesses a very visual extroverted character always admire his mechanical and spatial ability, he was an influence to study engineering I have very good memories of my childhood always repairing things. He was a self-taught person, although it was difficult to conceive he always had a very protective and responsible father's heart with all the family environment, personally I thank him for all the support not only economic and moral since in 2015 they extracted a meningioma that covered more than 50% of my right hemisphere and I suffered 4 surgeries on the brain, always being very aware of my recovery; it did not matter how he always sought to be in family, he was always in the care of my grandparents and his children I think that the bad decisions or mistakes he made in part of his life were propitiated by the influence of other people.

In all our family they always instilled in us Reformed Christian values and I consider that in the family we have always been exemplary people in the community, I also describe us as a Christian and very hardworking family, my uncle William was always a hard-working person, a humilde who fought to support my grandparents, then dedicated himself to his children whom he loves with all his heart.

I can describe my uncle William as a person with many good values and full of God's love, I cannot imagine the difficult situation in which he finds himself and I know that God has worked on the negative aspects of his life, as well as I am sure he is sorry for the evil acts he might have committed a few years ago, but I am sure as a father that I am that he is distressed by the distance and the future of his children, overwhelmed and frustrated by the impossibility and the situation in which he finds himself.

I know that his life is in a difficult process right now, my goal with this letter is that every word to describe the person my uncle William really is can be taken into account. Mr. Judge, may God give you the wisdom necessary to pass sentence. May God bless William and all those who carry out his judicial process.

Kind regards

Edwin            umberto de León Lémus

Residenciales Los Cerritos Esquipulas, Chiquimula, Guatemala.

Phone: 32899541

**The Honorable Judge** Dana M. Sabra
**UNITED STATES DISTRICT JUDGE**
**US District Court-Southern District de California**

Mi nombre es Edwin Carlos Humberto De León Lémus, soy Ingeniero Industrial, conozco a William desde hace 36 años toda mi vida.

Mi relación con William es familiar soy sobrino de él y puedo decir que es una persona que posee un carácter extrovertido muy visual siempre admire su capacidad mecánica y espacial, fue una influencia para estudiar ingeniería tengo muy buenos recuerdos de mi niñez siempre reparando cosas fue una persona autodidactica, aunque fue difícil concebir siempre tuvo un corazón de padre muy protector y responsable con todo el entorno familiar, en lo personal le agradezco todo el apoyo no solo económico y moral ya que en 2015 me extrajeron un meningioma que cubría mas del 50% de mi hemisferio derecho y sufrí 4 cirugías en el cerebro, estando siempre muy pendiente de mi recuperación; no importaba como el siempre buscaba estar en familia, estuvo siempre al cuidado de mis abuelos y sus hijos creo que las malas decisiones o errores que el cometió en parte de su vida fueron propiciadas por influencia de otras personas.

En toda nuestra familia siempre se nos inculcaron valores cristianos reformados y considero que en la familia siempre hemos sido personas ejemplares en la comunidad, también nos describo como una familia cristiana y muy trabajadora, mi tío William siempre fue una persona trabajadora, humilde que lucho por sacar adelante a mis abuelos, luego se dedicó a sus hijos a quienes ama con todo su corazón.

A mi tío William lo puedo describir como una persona con muchos buenos valores y llena del amor de Dios, no puedo imaginar la difícil situación en la que él se encuentra y sé que Dios ha trabajado en los aspectos negativos de su vida, así como estoy seguro que se encuentra arrepentido por los malos actos que él pudo cometer hace algunos años atrás, pero estoy seguro como padre que soy de que le angustia la distancia y el futuro de sus hijos, lo agobian y le frustran ante la imposibilidad y la situación en la que él se encuentra.

Sé que su vida se encuentra en un proceso difícil en estos momentos, mi objetivo con esta carta es que cada una de las palabras que describo de la persona que es realmente mi tío William puedan ser tomadas en cuenta señor Juez, que Dios le de la sabiduría necesaria para dictar sentencia. Que Dios bendiga a William y a todos los que llevan su proceso judicial.

Atentamente,

Edwin Carlos Humberto de León Lémus
Residenciales Los Cerritos, Esquipulas, Chiquimula, Guatemala.
Tel: 32899541

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District of California

My name is Humberto Antonio Lemus Lara, I provide transport services and I have a little milking farm/ I am William's brother and my parents' second child.

I can say that my brother William is a person of humble character that  grew up in a Christian home as my parents instilled religion in us, I consider that the situation that William finds himself in is because there were bad influences from people with a different character than his.

Our family in the community we were born and grew up,  has always been characterized by being a Christian family, humble and above all hardworking.  From children we were instructed to work honestly and as we grew up we  were always young handworkers.  William and worked together in a mechanical workshop.  William always helped our parents and after he started a family, he fought for his children to be able to give them a good life.

Now I know that my brother William is in a difficult situation for any human being to be in,  but most of his life he was an exemplary citizen for many who knew him.

The reason for writing this letter is for the Judge to learn a little about what William's life was like for most of his years.

May God guide and enlighten the mind of the judge so that he may have a little compassion when passing judgment against William, blessings to all.

Kind regards

/s/ Humberto Anfono lémus Lara
Colonia San Matero, Esquipulas, Chiquimula, Guatemala

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District de California

Mi nombre es Humberto Antonio Lemus Lara, me dedico a prestar servicio de transporte y tengo un pequeño ordeño, soy hermano de William y lo conozco desde que nació, ya que soy el segundo hijo de mis padres.

Puedo decir que mi hermano William es una persona de carácter humilde y que creció en un hogar cristiano ya que mis padres nos inculcaron la religión, considero que en la situación que William se encuentra fue porque hubo malas influencias sobre el de personas con carácter diferente.

Nuestra familia en la comunidad que nacimos y crecimos siempre se ha caracterizado por ser una familia cristiana, humilde y sobre todo trabajadora, desde niños fuimos instruidos para trabajar honradamente y cuando crecimos siempre fuimos jóvenes luchadores, con William trabajamos juntos en un taller mecánico y luego yo le hacía fletes, William siempre ayudo a nuestros padres y después que formo su familia luchaba por sus hijos para poderles dar un bienestar.

Ahora sé que mi hermano William se encuentra en una situación difícil para Cualquier ser humano, pero la mayor parte de su vida fue un ciudadano ejemplar para muchos que lo conocieron, el motivo de escribir esta carta es para que el Juez conozca un poco de lo que fue la vida de William en la mayoría de sus años.

Que sea Dios quien guie e ilumina la mente del juez para que tenga un poco de compasión cuando dicten sentencia en contra de William, bendiciones a todos.

Atentamente,

Humberto Antonio Lemus Lara

Colonia San Matero, Esquipulas, Chiquimula, Guatemala

The Honorable Judge Dana M. Sabra

UNITED STATES DISTRICT JUDGE

US District Court-Southern District of California

I am Zoila Elizabeth Lemus Lara de De León I am William's sister, I am a business woman and the  third daughter of our parents.

My brother's character was always that of a humble person with many values, but I believe that, in the face of the impossibilities of getting ahead in our country, he was influenced by other people who led him to make bad decisions

We grew up in a Christian home where values were instilled in us and above all the fear of God, my brother William attended church, and, in his heart, there was so much love for the neighbor which led him to collaborate with Christian works. I have many beautiful experiences and memories of our childhood and youth that are summarized in the love of God.

My brother was always a fighter who at an early age started to work in various in the trade of mechanical workshop and then devoted himself to the purchase and sell of coffee, was a young worker who cared about the well-being of our parents, then he formed his family and also saw how he cared for them, not leaving aside the situation in which he finds himself, like every good father he worries about the well-being of his children here in Guatemala.

I know the current situation he finds himself in,  but I consider my brother William as a spectacular person, a good person for me and for many who know him, when this letter is read by the Judge I hope all this  is taken into account so that he can act with great compassion at his sentencing.

Sincerely,

Zoila Elizabeth temus Lara de De Leon
Residential Los Ceritos, Esquipulas, Chiquimula, Guatemala.

Phone: 4141-4622

**The Honorable Judge Dana M. Sabra**
**UNITED STATES DISTRICT JUDGE**
**US District Court-Southern District de California**

Soy Zoila Elizabeth Lemus Lara de De León soy hermana de William, me dedico al comercio, soy la tercera hija de nuestros padres.

El carácter de mi hermano siempre fue el de una persona humilde y con muchos valores, pero considero que, ante las imposibilidades de salir adelante en nuestro país, se vio influenciado por otras personas que lo llevaron a tomar malas decisiones.

Crecimos en un hogar cristiano en donde se nos inculcaron valores y sobre todo el temor a Dios, mi hermano William asistía a la iglesia y en su corazón había mucho amor por el prójimo lo que lo llevo a colaborar con obras cristianas, tengo muchas vivencias y recuerdos bonitos de nuestra niñez y juventud que se resumen en el amor a Dios.

Mi hermano siempre fue una persona luchadora que a temprana edad inicio a trabajar en diversos en el oficio de taller mecánico y luego se dedicó a la compra y venta de café, fue un joven   trabajador que le preocupaba el bienestar de nuestros padres, luego el formo su familia y también veía como los sacaba adelante, no dejando de lado la situación en que se encuentra, como todo buen padre le preocupa el bienestar de sus hijos acá en Guatemala.

Conozco la situación actual, pero considero a mi hermano William como una persona espectacular, una buena persona para mí y para muchos que lo conocen, cuando esta carta sea leída por el Juez sea tomada en cuenta para que pueda actuar con mucha compasión para que su condena sea favorecida.

Muy Atentamente,

Zoila Elizabeth Lemus Lara de De Leon
Residenciales Los Cerritos, Esquipulas, Chiquimula, Guatemala.
Tel: 4141-4622

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District de California

It is a pleasure for me, Karen Odeth Lemus Lara to greet you.  I am a housewife and William's sister.

William has been a person that I care for not only because he is my brother, but because I know him to be someone with a good heart that worries about his family, his parents and his children.  We are a family that have been taught Cristian values and principles, where my mother and father were an example to us.

Our family has great appreciation for him.  We remember him for his humility,  simplicity and good heart always trying to please everyone, helping in difficult times, as his sister I can say that he was always looking after the health of our parents and the wellbeing of his children.

William was always a person that wanted to get ahead.  In the country where we live, conditions of life are not the best and from a young age he was a person that works as jobs such as mechanic assistant and learned that job well, later he would buy and sell coffee.  I remember when I was a child he had a job gluing shoes.  He always tried to find a way to have an income to support himself and help the family.

Unfortunately, William made bad decisions, influenced by bad friends that took him to this difficult situation, but we I know that we all deserve a second chance and we are sure that he has learned a  life lesson that will allow him to be a better person.

I appreciate the opportunity that my words be read by you and I ask God to bless you and that you can consider my brother when making this decision so important to his life when imposing sentence, which we know will be a second opportunity for my brother,

Kind regards,

/s/ Karen Odeth Lemus

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District de California

Es un gusto para mi Karen Odeth Lemus lara poderle saludar en esta oportunidad, soy ama de casa, hermana de William y lo conozco desde siempre.

William, ha sido una persona a la cual estimo y quiero no solamente por ser mi hermano, sino que tambien lo conozco por ser alguien de un buen corazon, que se preocupa por su familia por sus padres y sus hijos, somos de una familia que es instruida en los principios y valores cristianos, donde mi mama y mi papa fueron un ejemplo para nosotros.

En la familia tenemos un aprecio especial hacia el, lo recordamos por su humildad y sencillez y buen corazón, siempre buscaba la manera en quedar bien con las personas y brindaba su apoyo en los momentos dificiles, como su hermana puede decir que el siempre estaba pendiente por la salud de mis papas y el bienestar de sus hijos.

William, siempre fue una persona con deseos de salir adelante, en nuestro pais donde vivimos las condiciones de vida no son las mejores y desde muy corta edad el era una persona que hacia ciertos trabajos como el de ayudante de mecanica y poco a poco logro ser una persona que aprendio muy bien ese trabajo, mas adelante se dedico a compra y vender cafe, recuerdo incluso que cuando estaba en mi niñez el tuvo un trabajo de pegar zapatos, siempre trataba la manera de tener un ingreso económico para mantenerse el y ayudar a la familia.

Lamentablemente Willian, tomo malas decistones influenciadas por malas amistades, que lo llevaron a una situacion muy dificil, pero sabemos que todos merecemos una segunda oportunidad y estamos seguros que el esta aprendiendo una lección de vida lo que le permitira ser una persona aún mejor.

Agradezco esta oportunidad que mis palabras puedan ser leidas por usted honorable juez y le pido a Dios que lo bendiga y pueda considerar a mi hermano en esa decision tan importante como lo es una sentencia, la cual sabemos que sera una segunda oportunidad para mi hermano.

Atentamente,

Karen Odeth Lemus Lara
1874 Isla de la Gasta, San Ysidro, San Diego C A
Tel. 619 942 9138

The Honorable Judge Dana M. Sabra

**UNITED STATES DISTRICT JUDGE**

**US District Court-Southern District of California**

My name is Marco Tulio Lemus Lara, I am dedicated to the coffee trade, I am William's older brother and I have known him since he was born.

William for me is a brother that I always admire for being a person with a unique and friendly character, I am sure that in the problem he finds himself today was because other people influenced his character so that he would make bad decisions in his life.

We come from a home where we have always practiced the evangelical Christian religion, we come from a working family, I have been pastor of a church for many years where William always helped when he had possibilities, I always remember my brother as a teenager who many admired for his perseverance and desire to get out in his life, he was an exemplary young man in our community.

William was always looking for a way to support our family, I thank God for my brother's life, now he is in the situation he is in, but I know that God is good and the only thing that I can say of him, is that always in his way of life he knew how to behave with everyone, I know that he at this time needs our support, William God bless you and keep you and I wish that you come out in victory from this difficult situation.

The word of God always speaks of love, William was a person in our environment very dear to all, may God bless you all and what I can emphasize is that my brother was always an Exemplary person, may God be the one who dignifies my brother's sentence and may he always be his helper, because the word of God says that those who trust in Jehovah are like the mount of Zion that does not move, but remains forever.

When my letter is read I ask God to be the one to guide the Judge to give him much wisdom to pronounce the sentence, that God bless you.

Sincerely

Mrco Tuliollemus Lara

**The Honorable Judge Dana M. Sabra**
**UNITED STATES DISTRICT JUDGE**
**US District Court-Southern District de California**

Mi nombre es Marco Tulio Lemus Lara, me dedico al comercio de café, soy el hermano mayor de William y lo conozco desde que nació.

William para mi es un hermano al que siempre admire por ser una persona con un carácter único y amigable, estoy seguro que en el problema que él se encuentra hoy fue porque otras personas influyeron en su carácter para que el tomara malas decisiones en su vida.

Venimos de un hogar en donde siempre hemos practicado la religión cristiana evangélica, venimos de una familia trabajadora, he sido pastor de una iglesia por muchos años a la cual William siempre ayudo cuando tuvo posibilidades, yo siempre recuerdo a mi hermano como un adolescente al que muchos admiraban por su perseverancia y deseos de sobre salir en su vida, fue un joven ejemplar en nuestra comunidad.

William siempre buscaba la manera de como apoyar a nuestra familia, doy gracias a Dios por la vida de mi hermano, ahora se en la situación en que se encuentra, pero sé que Dios es bueno y lo único que puedo decir de él, es que siempre en su manera de vivir se supo comportar con todos, yo sé que el en estos momentos necesita de nuestro apoyo, William Dios te bendiga y te guarde y deseo que salgas en victoria de esta difícil situación.

La palabra de Dios siempre habla de amor, William fue una persona en nuestro medio muy querido por todos, que Dios les bendiga a todos y lo que yo puedo recalcar es que mi hermano siempre fue una persona ejemplar, que Dios sea quien dignifique la sentencia de mi hermano y que él sea su ayudador siempre, porque dice la palabra de Dios que los que confían en Jehová son como el monte de Sion que no se mueve, sino que permanece para siempre.

Cuando mi carta sea leída le pido a Dios que sea el quien guie al Juez para que le de mucha sabiduría para dictar la sentencia, que Dios les bendiga.

Sinceramente,

M rco Tulio Lemus Lara
Colonia Santa Gudelia, Esquipulas, Chiquimula, Guatemala.
Tel: 5828-5795

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District of California

My name is Olga Julissa Lemus Duarte, I am a housewife. I have known William since my birth I am his niece I am 33 years old.

I consider my uncle William as a noble, fighting and sincere person. My Uncle William has been surrounded by his God-fearing family and friends, but sadly at one point in his life he turned away from God and put himself under influence by people who are not fearful and do not respect the law.

He has always helped and been attentive for the welfare of his parents, children, siblings, nephews and more family. My knowledge regarding my uncle, when he traveled for his work in the sale of trucks since it was a heavy and tired work that led to being away from home for long periods of time up to two months, I as his niece stayed to keep his wife company, that is why I remember himas a hardworking and fighting man.

I sincerely regret the situation he is going through which he is away from his family, I hope in God that the process he must go through can be solved soon, Blessings.

Sincerely: Olga Lemus

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District of California

Mi nombre es Olga Julissa Lemus Duarte, soy ama de casa. Conozco a William desde mi nacimiento soy su sobrina tengo 33 años.

Considero a mi tío William como una persona noble, luchadora y sincera.  Mi tío William ha estado rodeado por su familia y amigos temerosos de Dios, pero lamentablemente en un punto de su vida se alejó de Dios y puso ser influenciado por personas que no son temeros y no respetan la ley.

Él siempre ha ayudado y ha sido atento por el bienestar de sus padres, hijos, hermanos, sobrinos y de más familia. Mi conocimiento respecto a mi tío, cuando él viajaba por su trabajo en la venta de camiones ya que era un trabajo pesado y cansado que conllevaba a estar lejos de su casa por lapsos largos de tiempo hasta de dos meses, yo como su sobrina me quedaba hacerle compañía a su esposa, es por ello que yo lo recuerdo como un hombre trabajador y luchador.

Lamento sinceramente por la situación que él está pasando por la cual está alejado de su familia, espero en Dios que el proceso por el cual es debe pasar pueda solucionarse pronto, Bendiciones.

Sinceramente: Olga Lemus

The Honorable Judge Dana M.
Sabra UNITED STATES DISTRICT
JUDGE
US District Court-Southern District of California

My name is Erika Noemí Morales Martínez de De León, I am a Secretary, I have known William since 2011.

My relationship with William began because I am the wife of a nephew of his and I can say that he is a person who possesses an extraordinary and unparalleled character, I believe that bad decisions or Mistakes he made in part of his life was under the influence of other people.

I know his whole family and I consider that they have always been exemplary people in their community, I also know them as a Christian family and very hardworking, William was always a hardworking person, humble who fought to help his parents, then he gave himself to his children whom he loves with all his soul.

I can describe William as a person with many good values and full of God's love, I can't imagine the plight he finds himself in because of the bad deeds he could have done. I am sure as a mother that I am the frustration and the anguish he may have over the future of his children overwhelms him and frustrates him in the face of impossibility and distance in which he is.

I know that his life is in a difficult process right now, my goal with this letter is that every word I describe of the person William really is can be taken into account . Your Honor, may God give you the wisdom necessary to dictate. sentence. May God bless William and all those who carry out his judicial process.

Cordially

Erika Noemi Morales Martinez
Residential Los Cerritos, Esquipulas, Chiquimula, Guatemala.
Phone: 3276-6447

**The Honorable Judge Dana M. Sabra**

**UNITED STATES DISTRICT JUDGE**

**US District Court-Southern District de California**

Me llamo Erika Noemí Morales Martínez de De León, soy Secretaria, conozco a William desde el año 2011.

Mi relación con William inicio porque soy esposa de un sobrino de él y puedo decir que es una persona que posee un carácter extraordinario e inigualable, creo que las malas decisiones o errores que el cometió en parte de su vida fue por influencia de otras personas.

Conozco a toda su familia y considero que siempre han sido personas ejemplares en su comunidad, también los conozco como una familia cristiana y muy trabajadora, William siempre fue una persona trabajadora, humilde que lucho por sacar adelante a sus padres, luego se entregó a sus hijos a quienes ama con toda el alma.

A William lo puedo describir como una persona con muchos buenos valores y llena del amor de Dios, no puedo imaginar la difícil situación en la que él se encuentra por los malos actos que él pudo cometer hace algunos años atrás, pero estoy segura como madre que soy que la angustia y el futuro de sus hijos lo agobian y le frustran ante la imposibilidad y la distancia en la que él se encuentra.

Sé que su vida se encuentra en un proceso difícil en estos momentos, mi objetivo con esta carta es que cada una de las palabras que describo de la persona que es realmente William puedan ser tomadas señor Juez, que Dios le de la sabiduría necesaria para dictar sentencia. Que Dios bendiga a William y a todos los que llevan su proceso judicial.

Cordialmente,

Erika Noemí Morales Martínez

Residenciales Los Cerritos, Esquipulas, Chiquimula, Guatemala.

Tel: 3276-6447

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District of California

My name is Jennifer Lemus, I have my own business.  I am 37 years old and  have known William since my birth as  I am his niece.

I regard my Uncle William as a cheerful, noble and reliable person. My uncle William has been a person dedicated and united to his whole family and as every human being has made mistakes that have led him to be away from his loved ones, fulfilling his obligation to answer for his actions before God and the law. He has been a man who is always attentive to his family helping and supporting them with what is at his fingertips.

As his niece I always remember him as a man proud of his work both materially and spiritually,  he held a very important position in the church where he attended with his family which we love very much.

It is sad to think of his current situation caused by the mistakes he made and is now paying. I hope in God that  your decision be a positive one. Blessings.

Sincerely: Jennifer Lemus

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District of California

Mi nombre es Jennifer Lemus, tengo mi propio negocio, conozco a William desde mi nacimiento soy su sobrina tengo 37 años.

Considero a mi tío William como una persona alegre, noble y confiable. Mi tío William ha sido una persona dedicada y unida a toda su familia como todo ser humano ha cometido errores que le ha conllevado a estar lejos  de sus seres queridos, cumpliendo con su obligación de responder por sus actos ante Dios y la ley. Él ha sido un hombre que siempre está pendiente de su familia ayudándolos y apoyándolos con lo que está al alcance de sus manos.

Como su sobrina siempre lo recuerdo como un hombre orgulloso por su trabajo tanto material como espiritual desempeñaba un cargo muy importante en la iglesia donde el asistía con su familia la cual lo queremos mucho.

Es triste pensar en su situación actual causante a los errores que el cometió y ahora está pagando. Espero en Dios y en su decisión señor  Juez sea positiva, Bendiciones.

Sinceramente: Jennifer Lemus

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District of California

My name is Mildred Nohely Duarte and Duarte, I am a housewife, I met William through family since I am his sister-in-law, I have known him for 39 years when he was a young teenager of 12 years.

I consider William a person with a passionate and independent character, although he made many mistakes, he knew how to retract his actions based on the law, it was one of his mistakes to be influenced by others whose character is not so good.

Despite the situation he now finds himself in, he has always been concerned about the welfare of his family, I met him when he was a teenager, a young man, a father from whom he always took refuge in his spiritual beliefs putting his faith and trust and his service in the work of God. Being an honest person who not only saw his well-being but also that of the other people around him.

From a very young age I have been part of William's family, someone as close to him as his sister-in-law I know him as a young fighter who emigrated at the age of 14 exposing him to so much danger for love to get his mother ahead and be able to help his other family. As a father of two children he is a loving and attentive man.

William is a fighting man and we regret the moment in which he took bad advice and made decisions which led him to commit actions of which he is now going through this situation of which only God and you Mr. Judge can help him, Blessings.

Sincerely,

/s/ Mildred Duarte

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District of California

Mi nombre es Mildred Nohely Duarte y Duarte, soy ama de casa, conocí a William por medio familiar ya que soy su cuñada lo conozco desde hace 39 años cuando él era un joven adolecente de 12 años.

Considero a William una persona con un carácter apasionado e independiente, aunque cometió muchos errores supo retractarse de sus acciones en base a la ley, fue uno de sus errores dejarse influenciar por otros cuyo carácter no es tan bueno.

A pesar de la situación de la que ahora se encuentra siempre ha estado preocupado por el bienestar de su familia, desde que lo conozco fue un adolescente, un joven, un padre del cual siempre se refugió en sus creencias espirituales poniendo su fe y confianza y su servicio en la obra de Dios. Siendo una persona honesta que no solo vio su bienestar sino que también el de las demás personas que lo rodean.

Desde muy joven he sido parte de la familia de William, alguien tan cercano a él como su cuñada que soy lo conozco como un joven luchador el cual emigro a la edad de 14 años exponiéndole a tanto peligro por amor a sacar adelante a su madre y poder ayudar a su demás familia. Como padre de dos hijos es un hombre amoroso y atento.

William es un hombre luchador y lo que lamentamos el momento en el cual el tomo malos consejos y decisiones las cuales lo llevaron a cometer acciones de las cuales ahora él está pasando por esta situación de la cual solamente Dios y usted señor Juez pueden ayudarlo, Bendiciones.

Sinceramente,

Mildred Duarte

The Honorable Judge Dana M. Sabra
UNITED STATES DISTRICT JUDGE
US District Court-Southern District de California


My name is Katty Esperanza Bojorquez Beza, I work for the Ministry of Health for 13years in the Health Center of Concepcion Las Minas. I met William when we were children because we were classmates in the same school since elementary, living in the same area.

I have always considered William to be a person of passionate character and independent. Even though he made many mistakes he knew to retract his actions in search of the law. It was one of his mistakes to allow himself to be influenced by others whose characters are not good.

Despite the situation he is in now, he has always been worried about the welfare of his family, ever since I have known him, he was a teenager with spiritual beliefs, putting his faith, confidence and service to the work of God, helping poor children, as he did every year helping with this Health Center to give children a smile and a Christmas gift. William is a fighter who unfortunately took bad advices and made decisions and took actions that have led him to the situation where he finds himself now and only God and your honor can help him.


Kind regards,


/s/ Karry Esperanza Bojorquez Beza

THE HONORABLE JUDGE DANA M.SABRA UNITED STATES DISTRICT
COUTHERN DISTRICT OF CALIFORNIA

Mi nombres es: **KATTY ESPERANZA BOJORQUEZ BEZA**, trabajo para el Ministerio de Salud desde hace 13 años en el Centro de Salud de Concepción Las Minas, conocí a **WILIAM**, desde que éramos niños pues fuimos compañeros en la escuela desde la primaria viviendo en el mismo lugar yo cuento con la Edad de 49 años.

Siempre he considerado a **WILIAM** una persona con un carácter apasionado e independiente, aunque cometió muchos errores supo retractarse de sus acciones en busca de la ley, fue uno de sus errores dejarse influenciar por otros cuyo carácter no es tan bueno.

A pesar de la situación en la que ahora se encuentra siempre ha estado preocupado por el bienestar de su familia, desde que lo conozco fue un adolecente con sus creencias espirituales poniendo de su fe y confianza y su servicio a la obra de Dios, ayudando con un gran corazón para los niños pobres siendo así que año con año siempre colaboro con este Centro de Salud para darles a los niños una sonrisa con un regalo de navidad. **WILIAM** es un hombre luchador y que lamentablemente el momento en el cual le tomo malos concejos y decisiones los cuales lo llevaron a cometer acciones de las cuales ahora él está pasando por esta situación de la cual solamente Dios y usted Señor Juez puedan ayudarlo. Bendiciones, Atentamente.

KATTY ESPERANZA BOJORQUEZ BEZA

ALDEA LA ERMITA CONCEPCIÓN LAS MINAS, CHIQUIMULA

GUATEMALA