UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BEFORE HONORABLE DANA M. SABRAW, JUDGE PRESIDING

```
_____
                              )
UNITED STATES OF AMERICA,     )
            PLAINTIFF,        )   CASE NO. 18CR0390-DMS
                              )
                              )    SAN DIEGO, CALIFORNIA
                              )   TUESDAY, OCTOBER 31, 2023
JOSUE ADAN LEMUS-LARA,        )    9:00 O'CLOCK CALENDAR
AKA "FENIX"                   )
            DEFENDANT.        )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

<u>TRIAL TESTIMONY OF SARIAH BAHNER</u>

COUNSEL APPEARING:

FOR PLAINTIFF:          TARA K MCGRATH,
                        UNITED STATES ATTORNEY
                        BY:  P. KEVIN MOKHTARI
                             ALLISON BLAIR MURRAY
                        ASSISTANT U.S. ATTORNEYS
                        880 FRONT STREET
                        SAN DIEGO, CALIFORNIA 92101


FOR DEFENDANT:          BRIAN P. FUNK, ESQ.
                        LAW OFFICES OF BRIAN FUNK
                        101 WEST C STREET SUITE 1300
                        SAN DIEGO, CALIFORNIA 92101




            REPORTED BY:          LEE ANN PENCE
                                  OFFICIAL COURT REPORTER
                                  UNITED STATES COURTHOUSE
                                  333 WEST BROADWAY ROOM 1393
                                  SAN DIEGO, CALIFORNIA 92101

1  **SAN DIEGO, CALIFORNIA – TUESDAY, OCTOBER 31, 2023 – 9:00 A.M.**

2                                    *   *   *

3          **THE COURT:**  GOOD MORNING.  NICE TO SEE ALL MEMBERS

4  OF THE JURY.

5          WE HAVE ALL PARTIES PRESENT, COUNSEL.

6          YOU RECEIVED PASTRIES, COFFEE, EVERYTHING IS IN

7  ORDER?  VERY GOOD.

8          WE WILL PICK UP WHERE WE LEFT OFF YESTERDAY WITH THE

9  GOVERNMENT'S NEXT WITNESS.

10         **MS. MURRAY:**  YES, YOUR HONOR.  THE UNITED STATES, WE

11 HAVE ONE HOUSEKEEPING MATTER.

12         **THE COURT:**  YES.

13         **MS. MURRAY:**  WE CHECKED WITH THE COURT REPORTER, AND

14 GOVERNMENT EXHIBIT 18-A AND 18-B WAS NEVER MOVED INTO

15 EVIDENCE.  THE FOUNDATION WAS LAID WITH MR. CORONADO YESTERDAY

16 AFTERNOON, AND AT THIS TIME WE REQUEST TO MOVE IT INTO

17 EVIDENCE.

18         **MR. FUNK:**  NO OBJECTION.

19         **THE COURT:**  RECEIVED.  THANK YOU.

20             **(EXHIBIT 18-A, 18-B RECEIVED INTO EVIDENCE)**

21         **MR. MOKHTARI:**  YOUR HONOR, THE UNITED STATES CALLS

22 D.E.A. FORENSIC CHEMIST SARIAH BAHNER.

23         **THE COURT:**  THANK YOU.

24         **THE CLERK:**  PLEASE STEP FORWARD, MA'AM, AND RAISE

25 YOUR RIGHT HAND.


                            OCTOBER 31, 2023

1          YOU DO SOLEMNLY SWEAR THE TESTIMONY YOU ARE ABOUT TO

2     GIVE IN THE CAUSE NOW BEFORE THE COURT SHALL BE THE TRUTH, THE

3     WHOLE TRUTH, AND NOTHING BUT THE TRUTH?

4               **THE WITNESS:**  I DO.

5               **THE CLERK:**  PLEASE BE SEATED.

6               PLEASE STATE YOUR FIRST AND LAST NAME FOR THE

7     RECORD, SPELLING BOTH YOUR FIRST AND LAST NAME.

8               **THE WITNESS:**  MY NAME IS SARIAH BAHNER.

9     S-A-R-I-A-H.  B-A-H-N-E-R.

10              **THE COURT:**  THANK YOU.  GOOD MORNING.

11              COUNSEL.

12                         **<u>DIRECT EXAMINATION</u>**

13    **Q     (BY MR. MOKHTARI)** :  GOOD MORNING, MS. BAHNER.

14         DID YOU PREVIOUSLY HAVE A DIFFERENT NAME THAT YOU WENT

15    BY?

16    **A.**   YES.  I GOT MARRIED IN 2020.  MY MAIDEN NAME WAS

17    CANTRELL.

18    **Q.**   ALL RIGHT.  SO IN THE 2018 TIME PERIOD YOU WERE SARIAH

19    CANTRELL; IS THAT RIGHT?

20    **A.**   YES.

21    **Q.**   WHERE DO YOU WORK?

22    **A.**   I WORK FOR THE DRUG ENFORCEMENT ADMINISTRATION IN

23    DALLAS, TEXAS.

24    **Q.**   WHAT DO YOU DO FOR THE D.E.A.?

25    **A.**   I AM A SENIOR FORENSIC CHEMIST.


                         OCTOBER 31, 2023

1   **Q.**     WHAT DOES THAT MEAN?

2   **A.**     I ANALYZE EVIDENCE FOR THE PRESENCE OR ABSENCE OF

3   CONTROLLED SUBSTANCES, I TESTIFY TO MY FINDINGS, AND I ASSIST

4   OUR LAW ENFORCEMENT PERSONNEL AS NECESSARY.

5   **Q.**     HOW LONG HAVE YOU BEEN A D.E.A. FORENSIC CHEMIST?

6   **A.**     I HAVE BEEN EMPLOYED WITH D.E.A. FOR OVER SEVEN YEARS

7   NOW.

8   **Q.**     AT SOME POINT DID YOU MOVE FROM BEING A FORENSIC CHEMIST

9   TO A SENIOR FORENSIC CHEMIST?

10  **A.**     YES.  I STARTED OUT AS A FORENSIC CHEMIST, AND AFTER

11  A CERTAIN TIME PERIOD I WAS PROMOTED TO SENIOR FORENSIC

12  CHEMIST.

13  **Q.**     WHAT KIND OF EDUCATION DO YOU HAVE TO HAVE TO BECOME A

14  FORENSIC CHEMIST AT THE D.E.A.?

15  **A.**     I HAVE A BACHELOR'S IN FORENSIC CHEMISTRY AND I

16  ALSO HAVE A MASTER'S OF NATURAL SCIENCE IN FORENSIC

17  CHEMISTRY.

18  **Q.**     DO YOU HAVE ANY KIND OF OTHER TRAINING AND EXPERIENCE TO

19  BECOME A FORENSIC CHEMIST?

20  **A.**     YES.  I WENT THROUGH 16 WEEKS OF TRAINING AT QUANTICO,

21  VIRGINIA WITH D.E.A.

22  **Q.**     WHAT KIND OF THINGS ARE YOU TAUGHT AT THE TRAINING AT

23  D.E.A.?

24  **A.**     WE ARE TAUGHT ABOUT THE SPECIALIZED ANALYSIS IN OUR

25  FIELD, AS WELL AS TO HOW TO ADHERE TO THE POLICIES AND

OCTOBER 31, 2023

1  PROCEDURES USED IN D.E.A.

2  **Q.**    NOW, AFTER YOU COMPLETE THE TRAINING AT THE ACADEMY, DO

3  YOU RECEIVE ADDITIONAL TRAINING AT THE LAB THAT YOU ARE

4  ASSIGNED AT?

5  **A.**    YES.  UNFORTUNATELY, THE TRAINING LAB DOESN'T HAVE ALL

6  OF THE INSTRUMENTATION THAT IS PRESENT AT EVERY LABORATORY, SO

7  ONCE I MADE IT BACK TO MY PRIMARY LAB I WAS ALSO TRAINED FOR

8  AN ADDITIONAL TWO MONTHS.

9  **Q.**    SPECIFICALLY IN THE 2016 TO 2018 TIME PERIOD, WHAT LAB

10 WERE YOU ASSIGNED TO?

11 **A.**    I WAS ASSIGNED TO THE SAN DIEGO LAB, OR MORE LIKELY

12 KNOWN AS THE SOUTHWEST LAB, WHICH IS LOCATED IN VISTA,

13 CALIFORNIA.

14 **Q.**    DID YOU RECEIVE SPECIFIC TRAINING AS TO THE EQUIPMENT

15 AND INSTRUMENTALITIES THAT YOU GUYS USE IN THAT LAB?

16 **A.**    YES, I WAS.

17 **Q.**    NOW, ARE THERE SPECIFIC PROCEDURES THAT YOU ALSO HAVE TO

18 FAMILIARIZE YOURSELF WITH; THE RECEIPT OF EVIDENCE, HOW IT IS

19 HANDLED IN THE LAB?

20 **A.**    YES.

21 **Q.**    CAN YOU WALK US THROUGH WHAT THAT MEANS.

22 **A.**    WHAT THAT MEANS IS THAT THE EVIDENCE WOULD BE SEIZED BY

23 LAW ENFORCEMENT PERSONNEL, AND THEN IT WOULD BE TURNED OVER TO

24 THE LAB.  FROM THERE IT IS DOCUMENTED INTO THE LABORATORY

25 MANAGEMENT SYSTEM AND GIVEN A UNIQUE IDENTIFIER.

OCTOBER 31, 2023

1           FOR US THAT MEANS IT WOULD THEN BE ASSIGNED TO US AND WE

2      WOULD MAINTAIN CUSTODY THROUGHOUT THEIR MARKING CERTAIN PIECES

3      OF WEIGHT, MAINTAINING THE CUSTODY OF IT, AND SPECIFIC

4      LOCATIONS THROUGHOUT THE LAB.

5      **Q.**    NOW, AS TO YOUR DAY-TO-DAY DUTIES, DO YOU REGULARLY

6      ANALYZE SUBSTANCES FOR THE PRESENCE OF CONTROLLED SUBSTANCES?

7      **A.**    YES, I DO.

8      **Q.**    AND IS THAT CURRENTLY WHAT YOU DO AT THE D.E.A. IN THE

9      DALLAS LABORATORY?

10     **A.**    YES, IT IS.

11     **Q.**    ARE YOU FAMILIAR WITH THE TERM "CONTROLLED SUBSTANCE"?

12     **A.**    YES, I AM.

13     **Q.**    CAN YOU TELL THE JURY WHAT A CONTROLLED SUBSTANCE IS?

14     **A.**    A CONTROLLED SUBSTANCE IS SOMETHING THAT IS -- HAS

15     LIMITED ACCESS BASED ON THE CONTROLLED SUBSTANCES ACT WHICH

16     WAS PASSED BY THE FEDERAL GOVERNMENT.

17     **Q.**    NOW, DOES D.E.A. CATEGORIZE CONTROLLED SUBSTANCES IN

18     CERTAIN SCHEDULES OR GROUPS?

19     **A.**    YES, THEY DO.  THERE ARE FIVE DIFFERENT SCHEDULES, WHICH

20     THE MOST DANGEROUS DRUGS WOULD BE CLASSIFIED AS A SCHEDULE I

21     WHICH THOSE DRUGS WOULD BE CONSIDERED TO HAVE NO MEDICAL

22     USAGE.  AND ALSO CONSIDERED TO HAVE A HIGH POTENTIAL FOR

23     ABUSE, BOTH PHYSIOLOGICALLY OR BODILY, AND PSYCHOLOGICALLY OR

24     MENTALLY.

25           AS YOU GO DOWN THE SCHEDULES -- SO SCHEDULE I, SCHEDULE

OCTOBER 31, 2023

1  II, SCHEDULE III, SCHEDULE IV -- YOU ARE GOING TO START TO SEE

2  THAT THERE IS MORE MEDICAL ACCEPTED PRACTICES.  THEY HAVE

3  LESS DEPENDENCE FOR ABUSE, SO THEY HAVE MORE ACCEPTED

4  PRACTICES.

5  **Q.**    IS COCAINE A SCHEDULED SUBSTANCE?

6  **A.**    IT IS.

7  **Q.**    WHAT SCHEDULE IS COCAINE IN?

8  **A.**    IT IS A SCHEDULE II SUBSTANCE.

9  **Q.**    HAVE YOU TESTED COCAINE BEFORE?

10  **A.**    I HAVE.

11  **Q.**    HOW MANY TIMES, APPROXIMATELY?

12  **A.**    I HAVE ANALYZED COCAINE OVER 150 TIMES.

13  **Q.**    AND HOW MANY SUBSTANCES OVERALL, OR EXHIBITS OVERALL

14  HAVE YOU TESTED THROUGHOUT YOUR CAREER OF SEVEN YEARS AS A

15  D.E.A. CHEMIST?

16  **A.**    I HAVE ANALYZED OVER 1800 EXHIBITS IN SEVEN YEARS.

17  **Q.**    WHAT TESTS DO YOU USE TO DETERMINE WHETHER A PARTICULAR

18  SUBSTANCE IS COCAINE?

19  **A.**    TYPICALLY WE WOULD USE A PRESUMPTIVE TEST, WHICH WOULD

20  INDICATE A CLASS OF COMPOUNDS, LIKE A COLOR TEST INDICATING A

21  BLUE COLOR PRESENCE OR SOMETHING LIKE THAT.

22       AND THEN WE WOULD MOVE ON TO A CONFIRMATORY TEST, SO

23  SOMETHING THAT WOULD GIVE US A VERY SPECIFIC INDICATION THAT

24  IT IS COCAINE.

25  **Q.**    ALL RIGHT.  WHEN YOU TALK ABOUT THE PRESUMPTIVE TEST,

OCTOBER 31, 2023

1   THIS COLOR TEST, SOME PEOPLE MAY HAVE SEEN IT ON TV WHERE THEY

2   -- YOU KNOW, THEY HOLD THE LITTLE BAGGIE TO SEE IF THE

3   SUBSTANCE CHANGES COLOR.  IS THAT, BASICALLY, WHAT THE

4   PRESUMPTIVE TEST IS?

5   **A.**    IT IS NOT BASICALLY, IT IS EXACTLY WHAT IT IS.  THE TEST

6   THAT YOU SEE ONLINE WHERE IT CHANGES A CERTAIN COLOR WHEN A

7   CERTAIN COMPOUND IS ADDED, THAT IS EXACTLY WHAT I DO.  I JUST

8   DO IT IN A MORE CONTROLLED ENVIRONMENT AND I DO IT USUALLY ON

9   A MUCH LARGER SCALE.

10  **Q.**    ALL RIGHT.  YOU ALSO MENTIONED A CONFIRMATORY TEST.  CAN

11  YOU EXPLAIN, FOR COCAINE SPECIFICALLY, WHAT TYPE OF TEST IS

12  DONE?

13  **A.**    NORMALLY I WOULD DO WHAT IS CALLED A GAS

14  CHROMATOGRAPHY-MASS SPECTROMETRY.  THAT IS A BIG MOUTHFUL SO I

15  NORMALLY JUST SAY GC-MS TEST.

16      WHAT THIS DOES IS IT PROVIDES TWO PIECES OF DATA.  ONE

17  IS PRESUMPTIVE, IT GIVES ME A RETENTION TIME.  THAT IS THE GC

18  PORTION.  THE NEXT PORTION IS A MASS SPEC.  WHAT MASS SPEC

19  DOES IS IT GIVES ME A VERY CLEAR INDICATION OF WHAT SOMETHING

20  EXACTLY IS.  THINK OF IT LIKE A CHEMICAL'S FINGERPRINT, I CAN

21  LOOK AT THAT FINGERPRINT AND TELL EXACTLY THAT IT IS COCAINE

22  BASED ON A COMPARISON MATCH.

23  **Q.**    SO YOU GO -- PASS IT THROUGH YOUR INSTRUMENTS AND THEN

24  IT DOES A GC PART TO IDENTIFY THAT IT IS LIKELY COCAINE.  AND

25  THEN YOU DO THE MASS SPECTROMETRY PART IN ORDER TO CONFIRM

OCTOBER 31, 2023

1  THAT AGAINST A KNOWN SAMPLE OF COCAINE?

2  **A.**    YUP.  THAT'S EXACTLY IT.

3  **Q.**    SO YOU SORT OF SEE A MATCH, ESSENTIALLY, OF LIKE SORT OF

4  THE ORGANIC COMPOUND FINGERPRINT; IS THAT RIGHT?

5  **A.**    YUP.

6  **Q.**    DID YOU USE ANY ADDITIONAL TESTS IN THAT 2016 TO 2018

7  TIME PERIOD?

8  **A.**    PARTICULARLY FOR COCAINE WE ALSO HAVE TO IDENTIFY SALT

9  FORM FOR SENTENCING PURPOSES.  SO IN THIS CASE THAT WOULD BE

10 HYDROCHLORIDE OR BASE.

11        JUST THINK OF IT AS LIKE A LEFT OR RIGHT-HAND, IDENTIFY

12 IF IT IS THE LEFT OR RIGHT-HAND VERSION.  IN THIS INSTANCE I

13 WOULD HAVE USED AN IR OR INFRARED SPECTROSCOPY, SO I SHINE AN

14 IR LIGHT ON IT AND IT BOUNCES BACK AND GIVES ME A WAVE FORM.

15 AND I CAN MATCH THAT WAVE TO A KNOWN SUBSTANCE.

16 **Q.**    DEPENDING ON THE AMOUNT OF LIGHT ABSORBED ON THE

17 SUBSTANCE CAN YOU DETERMINE THE SALT FORM?

18 **A.**    YES.

19 **Q.**    NOW, IN THE EVENT THAT YOU HAVE A BULK SEIZURE OF

20 COCAINE, LET'S SAY HUNDREDS OF KILOGRAMS OF COCAINE, DO YOU

21 TEST EVERY SINGLE PACKAGE?

22 **A.**    IN THESE CASES, NO, WE DON'T.  IT IS TIME PROHIBITIVE TO

23 TEST EVERY SINGLE ONE OF THOSE PACKAGES.  SO WHAT WE DO IS WE

24 DO STATISTICAL SAMPLING TO SHOW THAT WE HAVE DONE ENOUGH

25 SAMPLING TO PROVE THAT A CERTAIN AMOUNT OF THE ENTIRE

OCTOBER 31, 2023

1   POPULATION IS CONSIDERED TO BE COCAINE, STATISTICALLY

2   SPEAKING.

3   **Q.**    NOW, OF THOSE STATISTICAL METHODS USED BY THE D.E.A.

4   FORENSIC LAB, ARE THOSE METHODS THAT ARE GENERALLY ACCEPTED

5   IN THE FORENSIC COMMUNITY TO IDENTIFY BULK CONTROLLED

6   SUBSTANCES?

7   **A.**    YES, THEY ARE.

8   **Q.**    HAVE YOU EVER TESTIFIED AS AN EXPERT WITNESS BEFORE?

9   **A.**    I HAVE.

10  **Q.**    AND HAVE YOU PREVIOUSLY TESTIFIED AS AN EXPERT WITNESS

11  REGARDING THE IDENTIFICATION OF AND ANALYSIS OF CONTROLLED

12  SUBSTANCES?

13  **A.**    YES, I HAVE.

14  **Q.**    HOW MANY TIMES, APPROXIMATELY?

15  **A.**    APPROXIMATELY SIX TIMES.

16  **Q.**    IN WHICH COURTS?

17  **A.**    I TESTIFIED IN THIS COURT, CENTRAL CALIFORNIA, SOUTH

18  CAROLINA FEDERAL COURT, AND HAWAIIAN FEDERAL COURT.

19  **Q.**    WERE YOU QUALIFIED AS AN EXPERT EACH TIME?

20  **A.**    I WAS.

21  **Q.**    AND THE TESTS THAT YOU DESCRIBED, GC-MS AND THE IR, THE

22  INFRARED SPECTROSCOPY, ARE THOSE ALSO TESTS THAT ARE GENERALLY

23  ACCEPTED IN THE FORENSIC COMMUNITY TO IDENTIFY CONTROLLED

24  SUBSTANCES?

25  **A.**    THEY ARE.


OCTOBER 31, 2023

1        **MR. MOKHTARI:**  YOUR HONOR, AT THIS POINT WE TENDER
2   MS. BAHNER AS AN EXPERT TO GIVE AN OPINION AS TO HER FORENSIC
3   ANALYSIS OF THE SUBSTANCES SEIZED IN THIS CASE.
4        **MR. FUNK:**  NO OBJECTION.
5        **THE COURT:**  YOU MAY PROCEED.
6   **Q    (BY MR. MOKHTARI) :**  WERE YOU ASKED TO ANALYZE THE DRUGS
7   SEIZED ON MAY 23RD, 2017?
8   **A.**    YES, I WAS.
9   **Q.**    CAN YOU TELL THE JURY THE PROCESS OF HOW YOU RECEIVED
10  THOSE DRUGS AT THE SOUTHWEST LABORATORY IN VISTA.
11  **A.**    AFTER THE EXHIBIT WAS PROCESSED AND BOXED UP, IT WAS
12  GIVEN A UNIQUE IDENTIFIER AND PROCESSED INTO OUR SYSTEM.
13       FROM THERE IT WAS ASSIGNED TO ME FOR ANALYSIS.  AND THEN
14  THERE WAS A CHAIN OF CUSTODY TRANSACTION BETWEEN ME AND OUR
15  VAULT PERSONNEL.
16       ONCE IT WAS TAKEN INTO MY CUSTODY –– AND IN THIS CASE I
17  AM TALKING ABOUT A REPRESENTATIVE SAMPLE.  THIS EXHIBIT IS
18  VERY LARGE SO I DIDN'T TAKE THE ENTIRE EXHIBIT INTO MY
19  CUSTODY, I TOOK A REPRESENTATIVE SAMPLE OF THREE BOXES.
20       THOSE BOXES WERE MAINTAINED IN MY CUSTODY DURING OUR
21  ANALYSIS.  AND THEN THEY WERE EVENTUALLY RETURNED TO THE VAULT
22  PERFORMING YET ANOTHER CHAIN OF CUSTODY TRANSACTION.  AND THEN
23  IT WOULD HAVE BEEN MOVED FORWARD IN OUR EVIDENCE SYSTEM
24  AFTERWARDS.
25  **Q.**    NOW, WHEN FIRST RECEIVED –– YOU MENTIONED IT WAS A BULK

OCTOBER 31, 2023

1  EXHIBIT.  WHEN YOU FIRST RECEIVED IT DID YOU TAKE A PHOTO OF

2  IT?

3  **A.**    YES, I DID.

4  **Q.**    WHERE EXACTLY DID YOU TAKE THAT PHOTO?

5  **A.**    THAT PHOTO WAS TAKEN ACTUALLY OUTSIDE THE ACTUAL LAB.

6  WE HAVE TO TAKE AN ENTIRE PHOTO OF THE EXHIBIT, AND IN THIS

7  CASE BECAUSE IT WAS SO LARGE THE UNITS WERE ACTUALLY STACKED

8  UP AGAINST THE WALL.

9  **Q.**    DID YOU HELP STACK THOSE UNITS YOURSELF?

10  **A.**    YES, I DID.

11  **Q.**    DID YOU HAVE HELP?

12  **A.**    I DID.  I HAD QUITE A FEW OF OUR LAW ENFORCEMENT

13  PERSONNEL THAT HELPED THAT DAY.  WE USUALLY DO QUITE A FEW

14  EXHIBITS WHEN WE PROCESS LARGE EXHIBITS LIKE THESE.

15  **Q.**    TAKE A LOOK AT GOVERNMENT'S EXHIBIT 21.

16        THERE IS A BINDER TO YOUR RIGHT, IT MAY ALSO BE ON YOUR

17  SCREEN.

18              **(EXHIBIT 21 MARKED FOR IDENTIFICATION)**

19          **THE COURT:**  WE ARE HAVING TROUBLE WITH THE MAIN

20  SCREEN.

21          **THE CLERK:**  IF YOU ARE GOING TO POST IT FOR THEM TO

22  SEE, THEN GO AHEAD AND HAVE IT POSTED.

23  **Q**  **(BY MR. MOKHTARI)** :  BECAUSE OF THE ISSUE WITH THE

24  SCREEN, WE WILL HAVE YOU LOOK IN THE BINDER.  THEN ONCE IT IS

25  ADMITTED WE CAN PUBLISH IT, THEN WE WILL PUT IT UP ON THE

OCTOBER 31, 2023

1  SCREEN.  OKAY?  YOU WILL HAVE TO FOLLOW ALONG IN THE BINDER.

2  **A.**  OKAY.

3  **Q.**  HAVING LOOKED AT GOVERNMENT'S EXHIBIT 21, DO YOU

4  RECOGNIZE THIS PHOTO?

5  **A.**  YES, I DO.

6  **Q.**  HOW DO YOU RECOGNIZE IT?

7  **A.**  THERE IS DOCUMENTATION IN THE PHOTO DOCUMENTING MY NAME,

8  INITIALS.  AND A PLACE AND DATE.

9  **Q.**  ALL RIGHT.  AND THE CASE NUMBER, IT IS BLACKED OUT.  DO

10  YOU HAVE THE ORIGINAL PHOTO OF THIS?

11  **A.**  THE ORIGINAL PHOTO IS MAINTAINED IN OUR LABORATORY

12  MANAGEMENT SYSTEM.  I THINK FOR CERTAIN REASONS THIS WAS --

13  CERTAIN CASE INFORMATION HAS BEEN REDACTED.

14  **Q.**  OKAY.  SO THE CASE NUMBER IS REDACTED BUT OTHERWISE THE

15  REST OF THE INFORMATION IS ON THERE, RIGHT?

16  **A.**  YES.

17  **Q.**  IS THIS THE PHOTO THAT WAS TAKEN OF THE BULK COCAINE

18  THAT YOU ANALYZED IN THIS CASE?

19  **A.**  YES, IT IS.

20          **MR. MOKHTARI:**  WE OFFER GOVERNMENT'S EXHIBIT 21.

21          **THE COURT:**  ANY OBJECTION?

22          **MR. FUNK:**  I CAN'T REALLY READ IT, BUT NO OBJECTION

23  AT THIS POINT.

24          **THE COURT:**  RECEIVED.

25              **(EXHIBIT 21 RECEIVED INTO EVIDENCE)**


                    OCTOBER 31, 2023

1   **MR. MOKHTARI:** ALL RIGHT. NOW, WE ARE DISPLAYING
2   GOVERNMENT'S EXHIBIT 21.
3   **Q    (BY MR. MOKHTARI):** YOU MENTIONED THAT YOU HELPED STACK
4   ALL OF THIS EXHIBIT, RIGHT?
5   **A.** YES, I DID.
6   **Q.** OKAY. AFTER YOU TOOK THE PHOTO OF THE BULK COCAINE
7   SHOWN HERE, DID YOU THEN ACTUALLY PROCESS THIS EXHIBIT AND DO
8   SOME KIND OF SAMPLING SIZE?
9   **A.** YES. SO FROM HERE 30 RANDOM UNITS WERE PULLED IN ORDER
10  TO PROVIDE UNITS FOR ANALYSIS. THE REST OF THE EXHIBIT WOULD
11  HAVE BEEN PACKAGED UP, 20 UNITS TO A BOX, AND THEN PROCESSED
12  INTO OUR VAULT.
13           **THE COURT:** FOR THE MEMBERS OF THE JURY, IS THE
14  PHOTO ON YOUR SCREENS?
15           **JUROR NO. 12:** OURS IS FUZZY, DOESN'T SHOW UP.
16           **THE COURT:** FOR SOME OF THE SCREENS IS THE PHOTO
17  CLEAR?
18           **THE JURY PANEL:** YES.
19           **THE COURT:** SO MAYBE A CAN ASK A MEMBER OF THE JURY
20  IN THE TOP ROW, AS YOU LOOK AT ALL OF THE VARIOUS MONITORS,
21  WHICH ONE IS NOT WORKING PROPERLY? JUST THIS ONE, THE
22  BOTTOM RIGHT, MY RIGHT? CAN YOU SEE IT OR IS IT PRETTY
23  BLURRY?
24           **JUROR NO. 11:** IT IS JUST BLACK AND WHITE, THERE IS
25  NO PICTURE.


OCTOBER 31, 2023

1  **THE COURT:**  OKAY.  WE WILL DO THE BEST WE CAN WITH
2  THE SCREEN IN THE MIDDLE.  THEN WE WILL MAKE A CALL FOR OUR
3  I.T. PERSON, AS WELL.

4  MR. MOKHTARI.

5  **Q**  **(BY MR. MOKHTARI)** :  NOW, ONCE YOU HAD SELECTED THE
6  SAMPLE, DID YOU ACTUALLY ANALYZE IT USING THE TESTS THAT YOU
7  DESCRIBED EARLIER, GC-MS, INFRARED SPECTROSCOPY, AND THE COLOR
8  TEST?

9  **A.**  YES.

10  **Q.**  AND I WANT TO SHOW YOU GOVERNMENT'S EXHIBIT 22-B.

11  **(EXHIBIT 22-B MARKED FOR IDENTIFICATION)**

12  **MR. MOKHTARI:**  MAY I APPROACH, YOUR HONOR?

13  **THE COURT:**  YES.

14  **Q**  **(BY MR. MOKHTARI)** :  I HAVE HANDED TO YOU A BOX AS WELL
15  AS A PAIR OF GLOVES AND SOME SCISSORS.  DO YOU RECOGNIZE
16  GOVERNMENT'S EXHIBIT 22-B?

17  **A.**  I DO.

18  **Q.**  HOW DO YOU RECOGNIZE THIS BOX, EXHIBIT 22-B?

19  **A.**  ON THE BOX THERE IS A LABEL HERE THAT WAS USED TO RESEAL
20  IT.  THIS LABEL HAS MY SIGNATURE AS WELL AS OTHER IDENTIFYING
21  CASE INFORMATION.

22  THERE IS ALSO A SIGNATURE AND OTHER IDENTIFYING
23  INFORMATION, LIKE A GROSS WEIGHT AFTER ANALYSIS.

24  **THE INTERPRETER:**  YOUR HONOR, I AM SORRY.  I CANNOT
25  HEAR THE WITNESS.

OCTOBER 31, 2023

1        **THE WITNESS:**  I AM SORRY.

2            THERE IS ALSO A DATE OPENED AND OTHER INFORMATION

3   THAT CORRESPONDS WITH THE SEAL THAT IS, YOU KNOW, ON THE TOP.

4   **Q**    **(BY MR. MOKHTARI):**  NOW, IS THAT THE SUBSTANCE THAT

5   YOU –- IS THAT THE SUBSTANCE YOU ANALYZED IN EXHIBIT 22-B?

6   **A.**   YES.

7   **Q.**   IS THAT IN SUBSTANTIALLY THE SAME CONDITION THAT YOU

8   LEFT IT IN AFTER YOU ANALYZED IT?

9   **A.**   YES.

10  **Q.**   HOW CAN YOU TELL?

11  **A.**   I CAN TELL THAT THE SEAL IS INTACT, AS WELL AS THAT THE

12  TAPE SEALING THE BOX IS ALSO INTACT.

13  **Q.**   OKAY.  SO ONCE YOU GET DONE ANALYZING THE EXHIBIT AND

14  TESTING IT DO YOU DO ALL OF THESE THINGS, SEAL IT UP AND PUT

15  THE SEAL ON IT AND SIGN IT?

16  **A.**   YES, I DO.

17  **Q.**   OKAY.  AND WHEN WE MENTION THIS, ONCE YOU GO THROUGH AND

18  YOU ACTUALLY ANALYZE THESE DRUGS, DO YOU THEN SEAL BACK THE

19  DRUGS INTO A CONTAINER INSIDE THERE TO SEAL IT AND THEN PUT IT

20  INSIDE THE BOX?

21  **A.**   YES.  OUR PROCEDURE CURRENTLY IS THAT WE WOULD SEAL IT

22  IN A SEE-THROUGH CONTAINER INSIDE THIS BOX BECAUSE THIS BOX IS

23  OPAQUE, SO SHOULD IT BE OPENED FOR COURT REASONS I CAN STILL

24  PULL OUT A SEALED PORTION.

25  **Q.**   CAN YOU SAFELY DO THAT?


                        OCTOBER 31, 2023

1  **A.**    YES.

2        **MR. MOKHTARI:**  YOUR HONOR, AT THIS POINT WE OFFER

3  GOVERNMENT EXHIBIT 22-B.

4        **MR. FUNK:**  I AM GOING TO RESERVE THE CHAIN OF

5  CUSTODY FOUNDATION OBJECTION.

6        **THE COURT:**  ALL RIGHT.  OVERRULED.  IT WILL BE

7  RECEIVED AT THIS TIME.

8            **(EXHIBIT 22-B RECEIVED INTO EVIDENCE)**

9        **MR. MOKHTARI:**  AT THIS POINT CAN WE PUBLISH THE

10 CONTENTS OF EXHIBIT 22-B TO THE JURY?

11       **THE COURT:**  YES.

12 **Q**   **(BY MR. MOKHTARI)** :  DO YOU RECOGNIZE WHAT'S INSIDE

13 EXHIBIT 22-B?

14 **A.**    YES, I DO.

15 **Q.**    IS THAT ALSO IN SUBSTANTIALLY THE SAME CONDITION AFTER

16 YOU TESTED THE SUBSTANCE IN EXHIBIT 22-B?

17 **A.**    YES, IT IS.

18 **Q.**    OKAY.

19       **MR. MOKHTARI:**  MAY I SHOW IT TO THE JURY, YOUR

20 HONOR?

21       **THE COURT:**  YES.

22            **(EXHIBIT SHOWN TO MEMBERS OF THE JURY)**

23 **Q**   **(BY MR. MOKHTARI)** :  ON THE TOP OF THAT BAG DO YOU ALSO

24 SEE A SEAL ON THE PLASTIC BAG THAT CONTAINS THE BRICKS?

25 **A.**    YES, I DO.  IT IS RIGHT THERE IN THE MIDDLE.  AND I CAN

OCTOBER 31, 2023

1  RECOGNIZE IT AS MINE BECAUSE IT HAS MY SIGNATURE AND DATE

2  WHICH ALSO CORRESPOND TO THE SEAL THAT WAS ON THE OUTSIDE OF

3  THE BOX.

4  **Q.**    ALL RIGHT.  NOW, YOU MENTIONED THAT YOU DON'T TEST EVERY

5  SINGLE ONE OF THESE.  HOW DO YOU DETERMINE THAT -- HOW IS IT

6  PROCESSED THAT YOU DETERMINE THAT THIS BULK SEIZURE HAS

7  COCAINE AND HOW MUCH IT HAS?

8  **A.**    STATISTICALLY SPEAKING, THERE IS TWO THINGS THAT WE DO

9  IN ORDER TO DETERMINE HOW MUCH IT HAS.

10      WE CAN USE AN EXTRAPOLATED WEIGHT.  SO WE WEIGH NINE

11  UNITS, AND AS LONG AS THEY ALL WEIGH ROUGHLY THE SAME AMOUNT,

12  WITHIN A SPECIFIC PRESCRIBED RANGE, THEN WE CAN SAY, OKAY,

13  THERE IS 780 UNITS SO THIS IS HOW MUCH THE NET WEIGHT IS.

14      FOR ANALYSIS PURPOSES, STATISTICALLY SPEAKING, WE USE A

15  TYPE OF HYPERGEOMETRIC SAMPLING, WHICH ALL THAT MEANS IS THAT

16  WE TEST A CERTAIN AMOUNT, AND STATISTICALLY SPEAKING WE CAN

17  SAY IF WE TEST 28 OUT OF 780 WE CAN SAY THAT 90 PERCENT OF THE

18  POPULATION CONTAINS COCAINE.

19  **Q.**    OKAY.  SO YOU ARE ABLE TO DO STATISTICAL ANALYSIS AND

20  THEN COME UP WITH THE TOTAL AMOUNT OF COCAINE BELIEVED TO BE

21  IN THE ENTIRE EXHIBIT?

22  **A.**    YES.

23  **Q.**    AND IN THIS CASE DID YOU NOTATE THE GROSS WEIGHT THAT

24  INCLUDES ALL OF THE PACKAGES?

25  **A.**    YES, WE DID.

OCTOBER 31, 2023

1    **Q.**    WHAT WAS THAT?

2    **A.**    I WOULD HAVE TO REFER TO MY LAB REPORT.

3    **Q.**    NO PROBLEM.  TAKE A LOOK AT GOVERNMENT'S EXHIBIT 73.

4    YOU MAY HAVE TO MOVE THE BOX.

5                    **(EXHIBIT 73 MARKED FOR IDENTIFICATION)**

6            **MR. MOKHTARI:**  YOUR HONOR, MAY I APPROACH TO MOVE IT

7    OUT OF HER WAY?

8            **THE COURT:**  YES.

9            **MR. MOKHTARI:**  THANK YOU.

10   **Q**   **(BY MR. MOKHTARI)** :  ALL RIGHT.  HAVING LOOKED AT YOUR

11   REPORT, DID THAT HELP REFRESH YOUR RECOLLECTION AS TO THE

12   GROSS WEIGHT?

13   **A.**    YES.  THE GROSS WEIGHT OF THE ENTIRE EXHIBIT WAS 943.6

14   KILOGRAMS.

15   **Q.**    ALL RIGHT.  AND THEN AFTER YOU HAD TESTED IT AND DONE

16   YOUR STATISTICAL ANALYSIS AS TO THE ENTIRE EXHIBIT, DID YOU

17   IDENTIFY HOW MUCH TOTAL COCAINE WAS INSIDE?

18   **A.**    I DID.  THE NET WEIGHT OF THE EXHIBIT OR THE WEIGHT OF

19   THE CONTROLLED SUBSTANCE, COCAINE, WAS 781 KILOGRAMS.

20   **Q.**    AND SPECIFICALLY WHAT TYPE OF COCAINE WAS IT?

21   **A.**    IN THIS CASE THE COCAINE WAS THE COCAINE HYDROCHLORIDE

22   FORM.

23   **Q.**    IS THAT KNOWN AS COCAINE FOR SHORT?

24   **A.**    IT IS REFERRED TO AS THAT, YES.

25   **Q.**    TAKE A LOOK IN YOUR BINDER AT GOVERNMENT EXHIBIT 23.


                    OCTOBER 31, 2023

1        **(EXHIBIT 23 MARKED FOR IDENTIFICATION)**

2    **A.**   (WITNESS COMPLIES)

3    **Q.**   WHEN YOU ARE ANALYZING THE BRICKS OF COCAINE THAT ARE IN

4    EXHIBIT 22-B, IN THE BOX, THE STUFF THAT WE PULLED OUT AND

5    SHOWED THE JURY, DO YOU ALSO TAKE A PHOTOGRAPH OF AN

6    INDIVIDUAL BRICK?

7    **A.**   FOR INTELLIGENCE PURPOSES WE DO IN ORDER TO MONITOR

8    STAMPS AND IMPRESSIONS FOUND ON THE BRICKS.

9    **Q.**   TAKE A LOOK AT GOVERNMENT'S EXHIBIT 23.

10   **A.**   (WITNESS COMPLIES)

11   **Q.**   IS THAT A PHOTO THAT YOU TOOK IN THIS CASE?

12   **A.**   IT IS.

13   **Q.**   IS THAT A FAIR AND ACCURATE DEPICTION OF ONE OF THOSE

14   BRICKS OF COCAINE THAT YOU PHOTOGRAPHED WHEN YOU WERE

15   ANALYZING THIS EXHIBIT?

16   **A.**   IT IS.

17   **Q.**   OKAY.

18          **MR. MOKHTARI:**  WE OFFER GOVERNMENT'S EXHIBIT 23.

19          **MR. FUNK:**  NO OBJECTION.

20          **THE COURT:**  RECEIVED.

21              **(EXHIBIT 23 RECEIVED INTO EVIDENCE)**

22          **MR. MOKHTARI:**  IF WE CAN PUBLISH IT.

23   **Q**   **(BY MR. MOKHTARI) :**  WHAT EXACTLY ARE WE LOOKING AT HERE?

24   **A.**   WE ARE LOOKING AT ONE OF THE BRICKS OF COCAINE WITH MOST

25   OF THE EXTERIOR PACKAGING, SHORT OF AT THE BOTTOM PORTION THAT

OCTOBER 31, 2023

1   IS THE MOST INTERIOR PACKAGING THAT WAS SURROUNDING THE

2   COCAINE.

3   **Q.**    SO THIS IS ONE OF THOSE BRICKS THAT YOU OPENED AND TOOK

4   A PHOTOGRAPH?

5   **A.**    YES, THAT'S CORRECT.

6   **Q.**    ASIDE FROM TESTING THE 781 KILOGRAMS OF COCAINE THAT

7   WERE SEIZED, DID YOU HAVE ANY OTHER PART IN THE INVESTIGATION

8   OF THIS CASE?

9   **A.**    NO.  I ONLY PARTICIPATED IN THE ANALYSIS.

10           **MR. MOKHTARI:**  NO FURTHER QUESTIONS.

11           **THE COURT:**  CROSS-EXAMINATION.

12                          **CROSS-EXAMINATION**

13   **Q**    **(BY MR. FUNK) :**  GOOD MORNING.

14   **A.**    GOOD MORNING.

15   **Q.**    SO DID YOU COME IN FROM TEXAS TODAY?

16   **A.**    NOT TODAY, NO.

17           **MR. FUNK:**  CAN I HAVE EXHIBIT 17 UP, PLEASE.  I AM

18   SORRY, NOT 17.  21.

19   **Q**    **(BY MR. FUNK) :**  SO THIS IS A PHOTOGRAPH YOU TOOK; IS

20   THAT CORRECT?

21   **A.**    THAT'S CORRECT.

22   **Q.**    AND THERE ARE APPROXIMATELY 700 KILOS OF COCAINE STACKED

23   UP AGAINST THE WALL.  IS THAT YOUR TESTIMONY?

24   **A.**    YES.

25   **Q.**    THE CASE NAME IS BLACKED OFF ON THIS PHOTOGRAPH.  DO YOU

OCTOBER 31, 2023

1   SEE THAT?

2   **A.**    THAT'S CORRECT.

3   **Q.**    HOW DO WE KNOW THAT THIS IS THE COCAINE FROM THIS

4   PARTICULAR CASE?

5   **A.**    IN THIS INSTANCE, DUE TO MY SIGNATURE DOWN AT THE

6   BOTTOM, DUE TO THE DATE AND THE DATE THAT THIS INFORMATION

7   WOULD HAVE BEEN ENTERED INTO OUR LAB SYSTEM, WE CAN CORRESPOND

8   IT.  AS WELL AS THERE IS A PICTURE WITHOUT THE REDACTED CASE

9   INFORMATION THAT IS PRESENT IN THE CASE FILE WHICH IS

10  MAINTAINED BY THE LAB.

11  **Q.**    YOU DIDN'T BRING THAT PHOTOGRAPH, DID YOU?

12  **A.**    I DID NOT BRING THAT PHOTOGRAPH, NO.

13  **Q.**    YOU DON'T KNOW IF THAT PHOTOGRAPH IS AVAILABLE HERE IN

14  SAN DIEGO?

15  **A.**    THE LAB SYSTEM WOULD HAVE MAINTAINED A COPY OF IT.

16  **Q.**    SO IT WOULD BE ON THE COMPUTERS.

17  **A.**    SOMEWHERE.

18  **Q.**    DID YOU WATCH THE COCAINE BEING UNLOADED THE WAESCHE?

19  **A.**    NO.  THE FIRST TIME I SAW THIS COCAINE WAS WHEN IT HAD

20  ARRIVED AT THE LAB.

21  **Q.**    HOW DID IT ARRIVE TO THE LAB?

22  **A.**    IT ARRIVED TO THE LAB ON MOVING TRUCKS.

23  **Q.**    SO IT WAS LIKE A U-HAUL OR A VAN OF SOME KIND OF TRUCK?

24  **A.**    THAT'S CORRECT.

25  **Q.**    AND THEN DID YOU ACTUALLY UNLOAD IT FROM THAT TRUCK, OR

1  DID SOMEBODY ELSE UNLOAD IT?

2  **A.**   I DON'T KNOW THAT I CAN RECALL EXACTLY, BUT IT PROBABLY

3  WOULD HAVE BEEN A COMBINATION OF ME AND OTHER LAW ENFORCEMENT

4  PERSONNEL THERE.

5  **Q.**   BUT YOU SAW IT IN THE TRUCK.

6  **A.**   YES.

7  **Q.**   AND THEN YOU SAW IT MOVED FROM THE TRUCK TO THIS

8  PARTICULAR LOCATION WHERE YOU TOOK THE PHOTOGRAPH.

9  **A.**   YES.

10  **Q.**   OKAY.  AND OTHER THAN THE FACT IT WAS ON THE TRUCK, YOU

11  CAN'T TESTIFY AS TO WHETHER THIS WAS THE ONLY LOAD ON THE

12  WAESCHE WHEN IT WAS PORTED IN SAN DIEGO; IS THAT CORRECT?

13  **A.**   THAT'S CORRECT.

14  **Q.**   AND AS A MATTER OF FACT, THE COAST GUARD BOATS OFTEN DO

15  MULTIPLE SEIZURES BEFORE THEY COME BACK TO CALIFORNIA; IS THAT

16  CORRECT?

17  **A.**   I CAN'T TESTIFY TO THAT.  THAT IS OUTSIDE MY AREA OF

18  EXPERTISE.

19  **Q.**   AS A LAB ANALYST, HAVE YOU SEEN MULTIPLE LOADS COMING

20  OFF AT THE SAME TIME WITHIN A COUPLE OF DAYS?

21  **A.**   YES.  WE OFTEN PROCESS MULTIPLE LARGE EXHIBITS LIKE THIS

22  DURING THE DAY.

23  **Q.**   SO THERE WOULD BE MORE THAN ONE CASE THAT WOULD BE

24  COMING INTO YOUR LAB ON A GIVEN DAY.

25  **A.**   ON THE DAYS THAT WE PROCESS LARGE EXHIBITS, THEY

OCTOBER 31, 2023

1  TYPICALLY PROCESS MORE THAN ONE.  SO YES, I THINK.

2  **Q.**    AND YOU TESTIFIED THAT YOU DIDN'T ACTUALLY TEST ALL OF

3  THE KILOS WE ARE USING AS STATISTICAL ANALYSIS OF

4  PROBABILITIES; IS THAT CORRECT?

5  **A.**    YES, THAT IS CORRECT.  I DID NOT TEST EVERY EXHIBIT --

6  EVERY UNIT IN THE EXHIBIT.

7  **Q.**    YOU SAID IT WOULD JUST -- IT WOULD TAKE TOO LONG TO DO

8  ALL 740 KILOS, RIGHT?

9  **A.**    THAT'S CORRECT.

10  **Q.**    SO WE JUST TAKE A SAMPLE, SAY MAYBE 10 OR 15 BRICKS, AND

11  THEN TEST THOSE?

12  **A.**    IN THIS PARTICULAR EXHIBIT WE TESTED 28 UNITS.

13  **Q.**    28 UNITS.  OKAY.  AND THAT WAS CLOSE ENOUGH FOR

14  GOVERNMENT WORK, RIGHT?

15  **A.**    STATISTICALLY SPEAKING, AT A 95 PERCENT CONFIDENCE

16  LEVEL, THAT STATISTICALLY MEANS THAT ALL 28 UNITS CONTAIN THE

17  SAME CONTROLLED SUBSTANCE, THAT 90 PERCENT OF THE EXHIBIT IS,

18  STATISTICALLY SPEAKING, THAT CONTROLLED SUBSTANCE.

19  **Q.**    DID YOU SELECT THE 28 KILOS OR WAS THAT JUST RANDOMLY

20  HANDED TO YOU AND TAKEN TO THE LAB?

21  **A.**    I, ALONG WITH OTHER PERSONNEL THAT WERE PROCESSING AT

22  THE TIME, SELECTED 28 UNITS AT RANDOM.

23  **Q.**    OKAY.  THANK YOU.

24          **MR. FUNK:**  I HAVE NOTHING FURTHER.

25          **THE COURT:**  REDIRECT?


                        OCTOBER 31, 2023

1        **MR. MOKHTARI:**  ONE MOMENT, YOUR HONOR.

2        NO FURTHER QUESTIONS, YOUR HONOR.

3        **THE COURT:**  THANK YOU.  YOU WOULD BE EXCUSED AT THIS

4   TIME.

5

6                                *   *   *

7        I CERTIFY THAT THE FOREGOING IS A CORRECT
         TRANSCRIPT FROM THE RECORD OF PROCEEDINGS
8        IN THE ABOVE-ENTITLED MATTER.

9        S/LEEANN PENCE                    12/11/2023
         LEEANN PENCE, OFFICIAL COURT REPORTER    DATE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          OCTOBER 31, 2023